UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISSA SPENCER,

                         Plaintiff,

             -against-

SECURITAS SECURITY SERVICES USA, INC.,

                       Defendant.

-----------------------------------------------------------------x

                      25-CV-7006 (DEH) (VF)

                            **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 18, 2025, Defendant moved to dismiss Plaintiff's complaint. ECF No. 13. The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Thursday, April 2, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Thursday, April 2, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:      New York, New York
            March 3, 2026


_____
VALERIE FIGUEREDO
United States Magistrate Judge