**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ISSA SPENCER,

Plaintiff,

-against-

SECURITAS SECURITY SERVICES USA, INC.,

Defendants.

------------------------------------------------------------------X

25 **CIVIL** 7006 (DEH)(VF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2026, the Court adopts the Report & Recommendation in its entirety. SSS USA's motion to dismiss is GRANTED, and the Complaint is DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York
July 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**